UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:04 CR 71 RL |
| | ) | |
| ANTHONY ALEXANDER | ) | |

**INFORMATION REGARDING PRIOR
CONVICTION PURSUANT TO 21 U.S.C. § 851(a)**

Comes now the United States of America, by counsel, Joseph S. Van Bokkelen, United States Attorney for the Northern District of Indiana, and pursuant to 21 U.S.C. § 851(a) provides information regarding a previous conviction that will be relied upon in seeking increased punishment under 21 U.S.C. § 841:

On or about August 25, 1993, the U.S District Court, in the Northern District of Illinois entered a Judgment and conviction against Anthony Alexander, for the crime of Possession with Intent to Distribute Cocaine in case number 92 CR 781-1.

On or about January 12, 1998, Lake County Superior Court of the State of Indiana entered a Judgment and conviction against Anthony Alexander, for the crime of Dealing Cocaine in case number 45G01-9204-CF-00112.

On or about March 30, 1990, Lake County Superior Court of the State of Indiana entered a Judgment and conviction against Anthony Alexander, for the crime of Possession of Cocaine, in case number 45G01-8905-CF-00074.

Respectfully Submitted,

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   David J. Nozick
        David J. Nozick
        Assistant United States Attorney

# *Certificate of Service*

      I hereby certify that on February 4, 2005, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    **Jerry T Jarrett**
    jtjarrett@robertllewis.com

    **Charles E Stewart Jr**
    attystewart@sbcglobal.net attystewart@aol.com

and I hereby certify that I have mailed via U.S. Postal Service on February 4, 2005, the document to the following non CM/ECF participants:

    **NONE**

    /s/   Pam Perry
    Legal Assistant
    U.S. Attorney's Office