IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:04-CR-71 |
| | ) | |
| ANTHONY ALEXANDER and | ) | |
| GEORGE MOON, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 1 of the superseding indictment.

Which one of the following offenses do you unanimously find were the object of the conspiracy? (Check **ONE OR MORE** of the offenses below, each of which the jury **unanimously** agrees was an object of the conspiracy.)

    ✓    Possession with intent to distribute cocaine;

    ✓    Distribution of cocaine.

(Continue to Next Page)

Which one of the following quantities of cocaine do you find were the object of the conspiracy as charged in Count 1 of the superseding indictment? (Check **ONLY ONE** of the following quantities that the jury **unanimously** agrees was the object of the conspiracy.)

    __✓__    500 grams or more of a mixture or substance containing a detectable amount of cocaine;

    _____    Less than 500 grams of a mixture or substance containing a detectable amount of cocaine;

DATE: __2-28-05__

_Alfred C. Nichols_
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:04-CR-71 |
| ) | |
| ANTHONY ALEXANDER and ) | |
| GEORGE MOON, ) | |
| ) | |
| Defendants. ) | |

## VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 2 of the superseding indictment.

DATE: 2-28-05

*alfred c. Nichols*
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:04-CR-71 |
| | ) | |
| ANTHONY ALEXANDER and | ) | |
| GEORGE MOON, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 3 of the superseding indictment.

(Continue to Next Page)

Which one of the following quantities of cocaine base, commonly known as "crack," do you find Defendant, Anthony Alexander, distributed as charged in Count 3 of the superseding indictment? (Check **ONLY ONE** of the following quantities that the jury unanimously agrees Defendant, Anthony Alexander, distributed.)

✓    50 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack;"

\_\_\_\_\_    5 grams, but less than 50 grams of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack;"

\_\_\_\_\_    less than 5 grams of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack."

DATE: 2-28-05

*Alfred C. Nichols*
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 2:04-CR-71 |
| | ) |
| ANTHONY ALEXANDER and | ) |
| GEORGE MOON, | ) |
| | ) |
| Defendants. | ) |

# VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 4 of the superseding indictment.

DATE: 2-28-05

_Alfred C. Nichols_
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:04-CR-71 |
| ) | |
| ANTHONY ALEXANDER and ) | |
| GEORGE MOON, ) | |
| ) | |
| Defendants. ) | |

# VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 5 of the superseding indictment.

DATE: 2-28-05

_Alfred C. Nichols_
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | NO. 2:04-CR-71 |
| ANTHONY ALEXANDER and GEORGE MOON, | ) ) ) ) | |
| Defendants. | ) | |

# VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 6 of the superseding indictment.

DATE: 2-28-05

*Alfred C. Nichols*
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,  )
                           )
Plaintiff,                 )
                           )
vs.                        )   NO. 2:04-CR-71
                           )
ANTHONY ALEXANDER and      )
GEORGE MOON,               )
                           )
Defendants.                )

# VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 7 of the superseding indictment.

DATE: 2-28-05

_____
Jury Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:04-CR-71 |
| | ) | |
| ANTHONY ALEXANDER and | ) | |
| GEORGE MOON, | ) | |
| | ) | |
| Defendants. | ) | |

# VERDICT

**WE, THE JURY**, find the Defendant, **ANTHONY ALEXANDER**, **GUILTY** of the charge contained in Count 8 of the superseding indictment.

DATE: 2-28-05

_alfred C. Nichols_
Jury Foreperson