# United States District Court

Northern / USA         DISTRICT OF         INDIANA

v.

Anthony Alexander

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 2:04 cr 71-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Rudy Lozano | David Nozick, Dan Bella | Anthony Alexander pro se |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 1/4/06  2/24/05 | Julie Churchill-Mickley | Stewart, Chanks |

Stand by Counsel Kevin Lewis, Att Ken

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/4/06 | ✓ | ✓ | Transcript 6/5 – indictment |
| 2 | | " | ✓ | ✓ | " of 6/7 ss indictment |
| | 1 | | ✓ | ✓ | Partial Transcript |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF INDIANA
 2                         HAMMOND DIVISION

 3

 4
     IN RE:   REGULAR SESSION     )
 5            FEBRUARY 2003       )   GRAND JURY RETURNS
              FEDERAL GRAND JURY  )
 6   _____ )

 7

 8              Transcript of the proceedings had in the

 9   above-entitled matter before the Honorable Andrew P.

10   Rodovich, Magistrate Judge, of the United States

11   District Court at Hammond, Indiana, Friday, October

12   22nd, 2004, at approximately 8:39 in the morning.

13

14   APPEARANCES:

15        DANIEL L. BELLA
          Assistant U.S. Attorney
16        Hammond, Indiana

17

18

19                        Tape Transcribed by:  Gay Dall

20

21

22

23

24

25
```

GOVERNMENT EXHIBIT
2
2:04 CR 71
2-24-06

1   THE COURT: Good morning.
2   Show the foreman of the grand jury is
3   present. The government is represented by Dan
4   Bella, Assistant U.S. Attorney.
5   You have another indictment, Mr. Bella;
6   is that correct?
7   MR. BELLA: Yes, your Honor.
8   THE COURT: May I see the indictments,
9   and the record of grand jurors concurring?
10   Thank you.
11   Show that I have examined the record of
12   grand jurors concurring, and that a sufficient
13   number of grand jurors have concurred in the
14   indictment. I will approve the bond form
15   tendered by the government.
16   We have -- is it -- do we have the
17   pre-trial conference on this matter shortly
18   then; correct?
19   MR. BELLA: The Moon and the Alexander
20   pre-trial conference is this morning, your
21   Honor.
22   THE COURT: Pardon.
23   MR. BELLA: The Moon and Alexander
24   pre-trial conference is this morning.
25   THE COURT: Yeah, that's what I

```
 1              thought.  Okay.
 2                    Well, we'll have to get it filed so
 3       that we'll have something to discuss.
 4                    All right.  Thank you.
 5                    MR. BELLA:  Thank you.
 6                    THE CLERK:  All rise.  Court stands in
 7       recess.
 8                         (Which were all the proceedings
 9                          had in the above entitled
10                          matter.)
11     I certify this is a true and correct transcript.
12     DATED: 11/7/05
13
14
```

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF INDIANA
 2                         HAMMOND DIVISION

 3

 4
      IN RE:   REGULAR SESSION    )
 5             FEBRUARY 2003      ) GRAND JURORS VOTE
               FEDERAL GRAND JURY )
 6    _____ )

 7

 8             Transcript of the proceedings had in the

 9    above-entitled matter before the duly commissioned

10    federal Grand Jury, Grand Jury Room of the United

11    States District Court at Hammond, Indiana, Thursday,

12    October 21st, 2004, commencing at approximately the

13    hour of 6:35 p.m.

14

15    APPEARANCES:

16         DANIEL L. BELLA
           Assistant U.S. Attorney
17         Hammond, Indiana

18         19 GRAND JURORS PRESENT

19

20
                             Reported by:  Gay Dall
21

22

23

24

25
```

GOVERNMENT
EXHIBIT
1
2:04 CR 71
2-24-06

```
 1              THE FOREPERSON:  In the matter of the
 2     United States of America versus Anthony
 3     Alexander and George Moon, we, the grand jury,
 4     present a true bill in the nine count
 5     superseding indictment including the
 6     sentencing allegations and forfeiture
 7     allegation.
 8              MR. BELLA:  Thank you.
 9                   (Which were all the proceedings
10                   had in the above matter.)
11     I certify this is a true and correct transcript.
12     DATED: 11/7/05
```